UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br><br>      Defendants. | No. 15-cv-1096<br><br>CORPORATE DISCLOSURE STATEMENT (FRCP 7.1) |

Plaintiff VHT, Inc., d/b/a VHT Studios ("VHT") provides the following statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1. VHT, Inc. is a privately held corporation. VHT, Inc. has no parent company, and no publicly held corporation owns 10% or more of its stock.

DATED this 8th day of July, 2015.

            DAVIS WRIGHT TREMAINE LLP
            Attorneys for Plaintiff VHT, Inc.


            By *Jonathan M. Lloyd*
              Jonathan M. Lloyd, WSBA #37413
              Max B. Hensley, WSBA #47030
              1201 Third Avenue, Suite 2200
              Seattle, WA 98101-3045
              Telephone: (206) 622-3150
              Fax: (206) 757-7700
              E-mail: jonathanlloyd@dwt.com
              E-mail: maxhensley@dwt.com

CORPORATE DISCLOSURE STATEMENT (15-cv-1096) - 1
DWT 27156213v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1                                        and

2                                        Marcia B. Paul *(pro hac vice to be filed)*
Yonatan Berkovits *(pro hac vice to be filed)*
1633 Broadway, Suite 2700
New York, New York 10019
Tel: (212) 489-8230
Fax: (212) 489-8340
E-mail: marciapaul@dwt.com
E-mail: yonatanberkovits@dwt.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CORPORATE DISCLOSURE STATEMENT (15-cv-1096) - 2
DWT 27156213v1 0104728-000001

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 8th day of July, 2015.

>Davis Wright Tremaine LLP
>Attorneys for Plaintiff VHT, Inc.
>
>By *Jonathan M. Lloyd*
>   Jonathan M. Lloyd, WSBA #37413
>   1201 Third Avenue, Suite 2200
>   Seattle, WA  98101-3045
>   Telephone: (206) 622-3150
>   Fax: (206) 757-7700
>   E-mail:  jonathanlloyd@dwt.com

CORPORATE DISCLOSURE STATEMENT (15-cv-1096) - 3
DWT 27156213v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax