THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VHT, INC., a Delaware corporation,

    Plaintiff,

v.

ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,

    Defendants.

Case No. 2:15-cv-1096-JLR

**STIPULATION AND [PROPOSED] ORDER TO WITHDRAW AS ATTORNEYS FOR DEFENDANTS**

**NOTED FOR CONSIDERATION: MARCH 1, 2016**

## **STIPULATION**

Plaintiff VHT, Inc., by its counsel Jonathan M. Lloyd, Max B. Hensley, Marcia B. Paul, and Yonatan Berkovits of Davis Wright Tremaine LLP, and Defendants Zillow Group, Inc. and Zillow, Inc., by their withdrawing counsel Stellman Keehnel, Andrew R. Escobar, Andrew L. Deutsch and Melissa A. Reinckens of DLA Piper LLP (US) ("DLA Piper"), and by their new counsel, Brooke A. M. Taylor and Patrick C. Bageant of Susman Godfrey L.L.P., hereby stipulate to DLA Piper's withdrawal as counsel for Defendants in this matter pursuant to Western District of Washington Local Rule 83.2(b).

Prior to filing this Stipulation the Defendants were notified that counsel would be seeking leave to withdraw. The Defendants are represented by successor counsel who have appeared (dkt. Nos. 61 and 62) on Defendants' behalf and join in this Stipulation.

STIPULATION TO WITHDRAW AS ATTORNEYS
FOR DEFENDANTS; [PROPOSED] ORDER - 1
Case No. 2:15-cv-1096

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

Dated: March 1, 2016

| DAVIS WRIGHT TREMAINE LLP | DLA PIPER LLP (US) |
|---|---|
| *s/ Jonathan M. Lloyd* | *s/ Andrew R. Escobar* |
| Jonathan M. Lloyd, WSBA No. 37413 | Stellman Keehnel, WSBA No. 9309 |
| Max B. Hensley, WSBA No. 47030 | Andrew R. Escobar, WSBA No. 42793 |
| 1201 Third Avenue, Suite 2200 | 701 Fifth Avenue, Suite 7000 |
| Seattle, Washington 98101-3045 | Seattle, Washington 98104-7044 |
| Tel: 206.622.3150 | Tel: 206.839.4800 |
| Fax: 206.757.7700 | Fax: 206.839.4801 |
| E-mail: jonathanlloyd@dwt.com | E-mail: stellman.keehnel@dlapiper.com |
| E-mail: max Hensley@dwt.com | E-mail: andrew.escobar@dlapiper.com |
| | |
| Marcia B. Paul, *admitted pro hac vice* | Andrew L. Deutsch, *admitted pro hac vice* |
| Yonatan Berkovits, *admitted pro hac vice* | Melissa A. Reinckens, *admitted pro hac vice* |
| DAVIS WRIGHT TREMAINE LLP | DLA Piper LLP (US) |
| 1633 Broadway, Suite 2700 | 1251 Avenue of the Americas, 27th Floor |
| New York, New York 10019 | New York, New York 10020-1104 |
| Tel: 212.489.8230 | Tel: 212.335.4880 |
| Fax: 212.489.8340 | Fax: 212.884.8580 |
| E-mail: marciapaul@dwt.com | E-mail: andrew.deutsch@dlapiper.com |
| E-mail: yonatanberkovits@dwt.com | E-mail: melissa.reinckens@dlapiper.com |
| | |
| Attorneys for Plaintiff | Withdrawing Attorneys for Defendants Zillow |
| VHT, Inc. | Group, Inc. and Zillow, Inc. |

SUSMAN GODFREY L.L.P.

*s/ Patrick C. Bageant*
Brooke A. M. Taylor, WSBA No. 33190
Patrick C. Bageant, WSBA No. 44268
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Tel: 206.516.3880
Fax: 206.516.3883
E-mail: btaylor@susmangodfrey.com
E-mail: pbageant@susmangodfrey.com

Attorneys for Defendants Zillow Group, Inc. and Zillow, Inc.

## **ORDER**

IT IS SO ORDERED.

DATED this ___ day of March, 2016.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT

STIPULATION TO WITHDRAW AS ATTORNEYS
FOR DEFENDANTS; [PROPOSED] ORDER - 2
Case No. 2:15-cv-1096

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2016, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 1st day of March, 2016.

*s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793

WEST\268405164.1

STIPULATION TO WITHDRAW AS ATTORNEYS
FOR DEFENDANTS; [PROPOSED] ORDER - 3
Case No. 2:15-cv-1096

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800