UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br><br>Defendants. | No. 2:15-cv-1096- JLR<br><br>STIPULATION AND ORDER REGARDING LIMITED REVISION TO MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES<br><br>**Noted for Consideration:**<br>**May 9, 2016** |

## **STIPULATION**

The parties, by their undersigned counsel of record, hereby stipulate as follows:

1. Under the Minute Order Setting Trial Dates and Related Dates in the above-captioned case (Dkt. No. 24), the current deadline for disclosure of expert testimony under FRCP 26(a)(2) is July 27, 2016, and the discovery cutoff is September 26, 2016. The parties have not heretofore sought to amend the case schedule in any fashion.

2. Counsel for the parties have met and conferred in good faith, and submit there is good cause for the requested extension and that this stipulation will not unduly delay this proceeding or cause prejudice. The parties agree that the litigation would benefit from an extension of the deadline for initial disclosure of expert witnesses, and related expert discovery deadlines, because, among other things, (a) the parties are still engaged in substantial fact discovery, including with respect to issues that they expect will bear on expert reports, (b) the

STIPULATION AND ORDER
REGARDING EXPERT DISCOVERY DEADLINES (15-cv-1096-JLR) - 1
DWT 29498476v2 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

parties believe that disclosure of expert testimony should occur toward the end of fact discovery; and (c) the parties believe that continuing the deadline for initial disclosure of expert witnesses and other related case deadlines will promote judicial economy and lead to a more efficient resolution of their dispute.

3. The parties' proposed extension ***will not change*** the deadlines for closing fact discovery (September 26, 2016), filing dispositive motions (October 26, 2016), trial (January 23, 2017), or any other dates in the Court's Minute Order beyond those set forth below.

4. Accordingly, the parties wish to amend the case schedule to extend the deadline for disclosure of expert testimony under FRCP 26(a)(2), and establish related deadlines for expert discovery as follows:

| | |
|---|---|
| Disclosure of expert testimony: | September 2, 2016 |
| Disclosure of rebuttal expert testimony: | September 30, 2016 |
| Expert discovery cutoff: | October 10, 2016 |

Respectfully submitted this 9th day of May, 2016.

DAVIS WRIGHT TREMAINE LLP

*s/ Jonathan M. Lloyd*
Jonathan M. Lloyd, WSBA No. 37413
Max B. Hensley, WSBA No. 47030
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Tel: 206.622.3150
Fax: 206.757.7700
E-mail: jonathanlloyd@dwt.com
E-mail: maxhhensley@dwt.com

Marcia B. Paul
  *admitted pro hac vice*
Yonatan Berkovits
  *admitted pro hac vice*
1633 Broadway, Suite 2700
New York, New York 10019
Tel: 212.489.8230
Fax: 212.489.8340
E-Mail: marciapaul@dwt.com
E-Mail: yonatanberkovits@dwt.com

*Attorneys for VHT, Inc.*

SUSMAN GODFREY LLP

*s/ Patrick C. Bageant*
Edgar G. Sargent, WSBA No.
Ian B. Crosby, WSBA No.
Patrick C. Bageant, WSBA No. 44268
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Tel: 206.516.3880
Fax: 206.516.3883
E-mail: esargent@susmangodfrey.com
E-mail: icrosby@susmangodfrey.com
E-mail: pbageant@susmangodfrey.com

*Attorneys for Zillow Group, Inc. and Zillow, Inc.*

STIPULATION AND ORDER
REGARDING EXPERT DISCOVERY DEADLINES (15-cv-1096-JLR) - 2
DWT 29498476v2 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# **ORDER**

Having reviewed the parties' Stipulation and Order Extending Deadline for Defendants to Respond to Complaint, and for good cause shown, the Court grants the parties' stipulation. The case schedule as set forth in the Minute Order Setting Trial Dates and Related Dates in the above-captioned case (Dkt. No. 24) is hereby amended to extend the deadline for disclosure of expert testimony under FRCP 26(a)(2), and establish related deadlines for expert discovery as follows:

| | |
|---|---|
| Disclosure of expert testimony: | September 2, 2016 |
| Disclosure of rebuttal expert testimony: | September 30, 2016 |
| Expert discovery cutoff: | October 10, 2016 |

It is so ORDERED.

Dated this 10th day of May, 2016.

JAMES L. ROBART
United States District Judge

STIPULATION AND ORDER
REGARDING EXPERT DISCOVERY DEADLINES (15-cv-1096-JLR) - 3
DWT 29498476v2 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax