Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br><br>Defendants. | Case No. 2:15-cv-01096-JLR<br><br>**NOTICE OF APPEARANCE of JENNA FARLEIGH ON BEHALF OF ZILLOW** |

TO:        Clerk of the Court

AND TO:    All Counsel of Record

Please take notice that Jenna Farleigh of Susman Godfrey L.L.P. hereby appears in the above-entitled cause of action on behalf of Defendants Zillow Group, Inc. and Zillow, Inc. and requests that all further pleadings and papers, except original process, be served upon said attorney.

Dated: June 21, 2016

By: */s/ Jenna Farleigh*
Brooke A. M. Taylor, WA Bar # 33190
  btaylor@susmangodfrey.com
Patrick C. Bageant, WA Bar # 44268
  pbageant@susmangodfrey.com
Edgar G. Sargent, WA Bar # 28283
  esargent@susmangodfrey.com
Jordan Connors, WA Bar # 416499
  jconnors@susmangodfrey.com
Jenna Farleigh, WA Bar # 47392
  jfarleigh@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101

---

Notice of Appearance of Jenna Farleigh for Zillow
Case No. 2:15-cv-01096-JLR

**Susman Godfrey LLP**
1201 Third Avenue, Suite 3800
Seattle WA 98101-3000

Telephone: (206) 516-3880

*Attorneys for* Zillow Group, Inc. and Zillow, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

By: */s/ Elizabeth Ehrenfeld*