Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br><br>                Defendant(s). | Case No. 2:15-cv-01096-JLR<br><br>**DEFENDANT ZILLOW'S NOTICE OF MATTERS FOR CONSIDERATION AT PRE-TRIAL CONFERENCE** |

Defendant Zillow provides the Court with this notice of matters that Zillow believes may be productively addressed at the final pretrial conference. These issues are relevant to process, pleading, or proof at trial and thus fall under the ambit of LCR 16(l)(2) as appropriate for consideration at a pretrial conference. The parties have discussed each of these issues during meet and confer sessions in conjunction with preparation of the proposed pretrial order, but have been unable to reach agreement.

(1) Whether, as a result of the Court's order on dispositive motions, evidence about technical issues concerning operation of Zillow's Listing Site (HDPs), including the trumping rules, "evergreen" and "deciduous" classifications, and on-sale or off-sale status, should be excluded as irrelevant, confusing, and a waste of time.

DEFENDANT ZILLOW'S NOTICE OF MATTERS FOR CONSIDERATION AT PRETRIAL CONFERENCE - 1
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

(2) Whether, in light of the Court's order on dispositive motions, the time for trial in this case can be reduced to five trial days.

(3) Whether the Court will permit the opposing party to question witnesses outside the scope of the proffering party's examination in order to avoid the need for certain witnesses to be called to the stand twice (once in plaintiff's case and once in defendant's).

In addition to identifying these unresolved issues, Zillow hereby notifies the Court that, in light of the order on dispositive motions, Zillow no longer opposes the relief sought by VHT in its motion in limine concerning VHT's motive for filing this suit. *See* Dkt 192 at pp. 5-9. Zillow stipulates that it will not make any argument or seek to elicit any testimony concerning VHT's motive for filing the present suit against Zillow, nor will it offer any documents into evidence for the purpose of demonstrating such motive, which is the relief Zillow understood VHT to be seeking in this motion in limine. During further meet and confer discussions, VHT has indicated that it seeks exclusion of particular documents or testimony concerning certain events for any purpose, not only as evidence of VHT's motive. The parties are continuing discussions with respect to this evidence in an effort to reach agreement before the pretrial conference.

DEFENDANT ZILLOW'S NOTICE OF MATTERS FOR CONSIDERATION AT PRETRIAL CONFERENCE - 2
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Dated: January 5, 2017.  Respectfully submitted,

By: /s/ *Edgar G. Sargent*
    Edgar G. Sargent, WA Bar # 28283
    esargent@susmangodfrey.com
    Ian Bradford Crosby, WA Bar # 28461
    icrosby@susmangodfrey.com
    Genevieve Vose Wallace, WA Bar # 38422
    E-Mail: gwallace@susmangodfrey.com
    Jordan Connors, WA Bar # 41649
    E-Mail: jconnors@SusmanGodfrey.com
    Jenna Farleigh, WA Bar # 47392
    E-Mail: jfarleigh@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, WA  98101
    Telephone:  (206) 516-3880
    Facsimile:  (206) 516-3883

Attorneys for Zillow Group, Inc. and Zillow, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Edgar G. Sargent*

DEFENDANT ZILLOW'S NOTICE OF MATTERS FOR CON-
SIDERATION AT PRETRIAL CONFERENCE - 3
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883