The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VHT, Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ZILLOW GROUP INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br><br>　　　　　　　Defendants. | No. 2:15-cv-01096-JLR<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS** |

Plaintiff VHT, Inc. provides the following suggested voir dire questions pursuant to the Scheduling Order:

1. Is there any juror that cannot be here for the expected duration of the trial?

2. Is there anything about the nature of this case that would cause any of you to start the trial with any bias or prejudice, either one way or another?

3. Are there any health issues or physical limitations that would make it difficult for you to concentrate or otherwise sit as a juror during this trial?

4. Do any of you have difficulty understanding the English language?

5. Do any of you know anyone who works in the legal system, such as a judge, lawyer, clerk, probation officer, or paralegal?

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS
(2:15-cv-01096-JLR) – 1
DWT 31100579v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

6. Do you have any training or work experience in the field of law?

7. Does anyone know any of the other jurors, other than from your meeting this morning?

8. Do any of you have strong feelings, either positive or negative, regarding our system of compensating companies with money damages for their injuries?

9. Do any of you believe you would have difficulty awarding a large sum of money as damages if the facts and law require you to do so?

10. Have you served as a juror in a criminal or civil case, or as a member of a grand jury, either in state or federal court?

11. If so, have you ever served as the foreperson?

12. Have you ever been a plaintiff, defendant, or a witness in a lawsuit?

13. Have you or someone close to you ever worked for VHT, Inc?

14. Have you or someone close to you ever worked for Zillow Group, Inc., Zillow Inc., Trulia, StreetEasy, HotPads, Naked Apartments, Bridge Interactive, Dotloop, Mortech, or Retsly?

15. Do you, or does someone close to you, have any financial interest in Zillow Group Inc., or Zillow Inc., including but not limited to owning stocks or bonds of either company?

16. Have you or any member of your immediate family ever had any connection with these companies that would prevent you from being a fair and impartial juror in this case?

17. Have you ever visited the Zillow.com website?

18. If yes, have you visited the Digs portion of Zillow's website?

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS
(2:15-cv-01096-JLR) – 2
DWT 31100579v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

19. Have you ever visited the Trulia.com, nakedapartments.com, streeteasy.com, dotloop.com, bridgeinteractive.com, moretech.com, or retsly.com websites?

20. Have you used the Houzz.com or Pinterest.com websites?

21. Do you or does any member of your immediate family know the following people who may testify in this case:

Brian Balduf
Michael Emerson
John Bosch
Kevin McGuire
Chris Baker
Doug Angelaccio
Robert Henson
Ward Hanson
Victor Lund
Jeffrey Sedlik
Patrick Gannon
John Vogel, Jr.
Kristin Acker
Ben Schielke
Jonas Boli
Jason Gurney
Greg Schwartz
Curt Beardsley
Sarah Bonert
Alex Kutner
Lynette Lewis
Errol Samuelson
Kathleen Philips
Kimber VanRy?

22. Are you, or is someone close to you, related to or acquainted with any of the attorneys that have introduced themselves?

23. Have you or a company you work for been represented by Susman Godfrey or Davis Wright Tremaine in the last five years?

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS
(2:15-cv-01096-JLR) – 3
DWT 31100579v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

24. Do you have any personal knowledge of this case, either from reading about it or hearing it discussed?

25. Do you have any opinions about companies that sell or license art or photographs?

26. Do you have any strong feelings, either positive or negative, regarding our system of copyright protection?

27. Have you or has anyone in your immediate family ever worked in the real estate business?

28. Have you or has anyone in your immediate family ever worked in marketing or advertising?

29. Have you or has anyone in your immediate family ever worked for a startup business?

30. Have you ever purchased or sold a home or other real estate?

31. Have you or any member of your immediate family ever considered or sought advice about obtaining a patent, trademark, or copyright?

32. Have you or any member of your immediate family ever had to enforce an intellectual property right, such as a patent or copyright, against an infringer?

33. As a juror, your obligation would be to listen to the evidence and determine the facts according to the law as I provide it to you. You must follow the Court's instructions regarding the law, even if you disagree with them. Is there any juror who can think of any reason why they might be unable or unwilling to follow the Court's instructions?

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS
(2:15-cv-01096-JLR) – 4
DWT 31100579v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

34. Is there anything that you have not mentioned that might prevent you from sitting as a juror in this case?

35. Is there anyone who can think of any reason that might prevent you from rendering a fair and impartial verdict in this case?

Dated: January 17, 2017

    Davis Wright Tremaine LLP
Attorneys for Plaintiff VHT, Inc.

By *s/ Max B. Hensley*
    Jonathan M. Lloyd, WSBA #37413
    Jim Howard, WSBA#37295
    Max B. Hensley, WSBA #47030
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail: jonathanlloyd@dwt.com
    E-mail: jameshoward@dwt.com
    E-mail: maxhensley@dwt.com

and

Marcia B. Paul *(pro hac vice)*
1251 Ave of the Americas, Suite 2100
New York, New York 10019
Tel: (212) 603-6427
E-mail: marciapaul@dwt.com

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS
(2:15-cv-01096-JLR) – 5
DWT 31100579v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 17th day of January, 2017.

Davis Wright Tremaine LLP
Attorneys for Plaintiff VHT, Inc.

By *s/ Max B. Hensley*
Max B. Hensley, WSBA #47030
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: maxhensley@dwt.com

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS
(2:15-cv-01096-JLR) – 6
DWT 31100579v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700