Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br>                    Plaintiffs,<br>    v.<br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br>                    Defendant(s). | Case No. 2:15-cv-01096-JLR<br><br>ZILLOWS' [PROPOSED]<br>VOIR DIRE INSTRUCTIONS AND QUESTIONS |

Defendants Zillow Group, Inc. and Zillow Inc. hereby proposed the following voir dire instructions and questions:

This is a civil lawsuit brought by VHT, Inc. against Zillow, Inc. and the Zillow Group. VHT contends that Zillow infringes VHT's copyrights in certain photographs of real estate properties.

VHT is a Chicago-based professional photography company that specializes in taking pictures of homes being listed for sale. Zillow is based in Seattle and is a website with information about real estate.

ZILLOWS' PROPOSED VOIR DIRE INSTRUCTIONS
AND QUESTIONS - 1
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

In this suit, VHT alleges that Zillow is infringing VHT's copyrights in its photographs by using those photographs in the home-improvement section of Zillow's website, which is known as "Digs."

### Voir Dire Questions

1. Have you ever testified in a deposition or in court?
2. Have you ever previously served on a jury?
3. Have you ever served as the foreperson on a jury?
4. Have you ever or a close family member ever been party to a lawsuit?
5. Have you ever formed your own business?
6. Do you or does any close family member have any experience with copyrights?
7. Have you or a close family member been involved in any disputes or litigation involving intellectual property, such as patents, trademarks, or copyrights?
8. Do you or does any close family member work in the real estate industry?
9. Have you read, seen, or heard anything about this lawsuit?
10. Have you ever been a member of, or contributed any money or other support to, any organization that sought to change laws relating to litigation and the civil justice system?
11. Do you personally know any of the following individuals, who may appear as witnesses in this case:

    Robert Henson
    Dr. Ward Hanson
    Victor Lund
    Jeffrey Sedlik
    Patrick F. Gannon
    John H. Vogel, Jr.
    Brian Balduf
    Michael Emerson
    John Bosch
    Kevin McGuire
    Chris Baker
    Doug Angelaccio
    Flatworld Solutions, Inc.
    MicrostockSolutions, LLC
    Kristin Acker
    Ben Schielke

ZILLOWS' PROPOSED VOIR DIRE INSTRUCTIONS
AND QUESTIONS                                             - 2
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

       Jonas Boli
       Jason Gurney
       Greg Schwartz
       Curt Beardsley
       Sara Bonert
       Alex Kutner
       Lynette Lewis
       Errol Samuelson
       Kathleen Philips
       Kimber VanRy

12. Do you personally know any of the following individuals, who may appear as a lawyer or party representative in this case?

       Edgar G. Sargent
       Ian B. Crosby
       Genevieve Vose Wallace
       Jenna Farleigh
       Jordan Connors
       Parker C. Folse
       Brook A. M. Taylor
       Patrick C. Bageant
       Brad Owens
       Michelle Wynne
       Jonathan M. Lloyd
       James L. Howard
       Max B. Hensley
       Marcia B. Paul
       Stellman Keehnel
       Andrew R. Escobar
       Andrew L. Deutsch
       Melissa A. Reinckens

13. Do you have any physical or medical problems that would make it difficult for you to serve on this jury?

14. Is there any additional information you feel the Court should know or that might be relevant to this trial in any way?

15. Is there any reason whatsoever not previously expressed why you would be uncomfortable or have difficulty serving on this jury?

Dated: January 17, 2016       Respectfully submitted,

                                         By: /s/ *Edgar G. Sargent*
                                         Edgar G. Sargent, WA Bar # 28283
                                         esargent@susmangodfrey.com

ZILLOWS' PROPOSED VOIR DIRE INSTRUCTIONS       SUSMAN GODFREY L.L.P.
AND QUESTIONS - 3       1201 Third Avenue, Suite 3800
Case No. 2:15-cv-01096-JLR       Seattle, WA 98101-3000
       Tel: (206) 516-3880; Fax: (206) 516-3883

|   |   |
|---|---|
| 1 | Ian Bradford Crosby, WA Bar # 28461 |
| 2 | icrosby@susmangodfrey.com |
|   | Genevieve Vose Wallace, WA Bar # 38422 |
| 3 | E-Mail: gwallace@susmangodfrey.com |
|   | Jordan Connors, WA Bar # 41649 |
| 4 | E-Mail: jconnors@SusmanGodfrey.com |
|   | Jenna Farleigh, WA Bar # 47392 |
| 5 | E-Mail: jfarleigh@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
| 6 | 1201 Third Avenue, Suite 3800 |
|   | Seattle, WA  98101 |
| 7 | Telephone:    (206) 516-3880 |
| 8 | Facsimile:    (206) 516-3883 |

Attorneys for Zillow Group, Inc. and Zillow, Inc.

ZILLOWS' PROPOSED VOIR DIRE INSTRUCTIONS
AND QUESTIONS                                        - 4
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Edgar G. Sargent*
Attorney Signature

ZILLOWS' PROPOSED VOIR DIRE INSTRUCTIONS AND QUESTIONS - 5
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883