The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br><br>Defendants. | No. 15-cv-1096-JLR<br><br>JOINT RESPONSE TO COURT'S JANUARY 20, 2017 REQUESTS |

The Court has asked the parties to confirm the total number of images that are currently at issue for trial. The parties agree that the total number that may be used is 28,203.

Given the Court's Preliminary Instructions No. 2 and 3, describing Zillow's affirmative defenses upon which Zillow will bear the burden of proof at trial, VHT has no objections to either instruction.

/ / /

/ / /

/ / /

DWT 31145901v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 23rd day of January, 2017.

| DAVIS WRIGHT TREMAINE LLP | SUSMAN GODFREY LLP |
|---|---|
| */s/ James E. Howard*<br>Jonathan M. Lloyd, WSBA No. 37413<br>James L. Howard, WSBA No. 37259<br>Max B. Hensley, WSBA No. 47030<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington 98101-3045<br>Tel: 206.622.3150<br>Fax: 206.757.7700<br>E-mail: jonathanlloyd@dwt.com<br>E-mail: maxhhensley@dwt.com<br><br>Marcia B. Paul<br> *admitted pro hac vice*<br>1633 Broadway, Suite 2700<br>New York, New York 10019<br>Tel: 212.489.8230<br>Fax: 212.489.8340<br>E-Mail: marciapaul@dwt.com<br><br>*Attorneys for VHT, Inc.* | */s/ Jenna Farleigh (per written authority)*<br>Edgar G. Sargent, WSBA No. 28283<br>Ian B. Crosby, WSBA No. 28461<br>Genevieve Vose Wallace, WSBA No. 38422<br>Jordan Connors, WSBA No. 41649<br>Jenna Farleigh, WSBA No. 47392<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101<br>Tel: 206.516.3880<br>Fax: 206.516.3883<br>E-mail: esargent@susmangodfrey.com<br>E-mail: icrosby@susmangodfrey.com<br>E-mail: gwallace@susmangodfrey.com<br>E-mail: jconnors@susmangodfrey.com<br>E-mail: jfarleigh@susmangodfrey.com<br><br>*Attorneys for Zillow Group, Inc. and Zillow, Inc.* |

JOINT RESPONSE (15-cv-1096-JLR) - 2
DWT 31145901v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 23rd day of January, 2017.

>
> Davis Wright Tremaine LLP
> Attorneys for Plaintiff VHT, Inc.
>
> By */s/ James E. Howard*
> James L. Howard, WSBA No. 37259
> 1201 Third Avenue, Suite 2200
> Seattle, WA 98101-3045
> Telephone: (206) 622-3150
> Fax: (206) 757-7700
> E-mail: jimhoward@dwt.com

JOINT RESPONSE (15-cv-1096-JLR) - 3
DWT 31145901v1 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax