The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br><br>            Defendants. | No. 15-cv-1096-JLR<br><br>VHT'S NOTICE OF MATTERS FOR CONSIDERATION BEFORE OPENING STATEMENTS |

Plaintiff VHT, Inc. hereby notifies the Court that there are evidentiary issues that VHT believes may need to be addressed prior to the time that the parties deliver their opening statements in this matter. The parties shared their proposed demonstrative exhibits yesterday, and VHT raised certain objections to Zillow's proposed exhibits. The parties have met and conferred and have resolved some but not all objections. Because the Court noted that objections during opening statements are disfavored, VHT raises these issues in advance, so that the parties may obtain guidance from the Court on the appropriateness of certain demonstratives that Zillow intends to use.

DATED this 23nd day of January, 2017.

                                        DAVIS WRIGHT TREMAINE LLP
                                        Attorneys for Plaintiff VHT, Inc.

                                        By *s/ Max Hensley*

NOTICE OF MATTERS FOR
CONSIDERATION (15-cv-1096-JLR) - 1
DWT 31147388v2 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1 | Jonathan M. Lloyd, WSBA #37413
James E. Howard, WSBA #37295
2 | Max B. Hensley, WSBA #47030
1201 Third Avenue, Suite 2200
3 | Seattle, WA 98101-3045
Telephone: (206) 622-3150
4 | Fax: (206) 757-7700
E-mail: jonathanlloyd@dwt.com
5 | E-mail: jameshoward@dwt.com
E-mail: maxhensley@dwt.com

6 | and

7 | Marcia B. Paul *(pro hac vice)*
1251 Ave of the Americas, Suite 2100
8 | New York, New York 10019
Tel: (212) 603-6427
9 | Fax: (212) 489-8340
E-mail: marciapaul@dwt.com
10 |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF MATTERS FOR
CONSIDERATION (15-cv-1096-JLR) - 2
DWT 31147388v2 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 23rd day of January, 2017.

Davis Wright Tremaine LLP
Attorneys for Plaintiff VHT, Inc.

By *s/Max Hensley*
Max B. Hensley, WSBA #47030
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: maxhensley@dwt.com

NOTICE OF MATTERS FOR
CONSIDERATION (15-cv-1096-JLR) - 3
DWT 31147388v2 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax