UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., | CASE NO. C15-1096-JLR |
| Plaintiff, | MINUTE ORDER AUTHORIZING FOOD AND LIQUIDS |
| v. | |
| ZILLOW GROUP, INC., et al., | |
| Defendant. | |

The clerk issues the following minute order by the authority of the Honorable

James L. Robart, United States District Court Judge.

The Court will allow the following attorneys and staff to bring food, water, and

soda into the courthouse for the jury trial scheduled to begin January 23, 2017, and

expected to conclude by February 8, 2017:

For Plaintiff VHT, Inc.:

Marcia Paul
Jonathan Lloyd
Max Hensley

ORDER - 1

1          James Howard
           Vicki Osborn

2

   For Defendants Zillow Group, Inc, et al:

3

           Edgar Sargent
4          Genevieve Voce Wallace
           Ian Crosby
5          Chris Henry

6    Dated this 23rd day of January, 2017.

7

8                                          WILLIAM M. McCOOL,
                                           Clerk of the Court

9
                                           By:   /s/ Ashleigh Drecktrah
10                                               Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2