The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VHT, INC., a Delaware Corporation,

Plaintiff,

v.

ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,

Defendants.

No. 15-cv-1096-JLR

**PRETRIAL ORDER**

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## I.    JURISDICTION

Jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1331, because this case raises federal questions, including under the Copyright Act, 17 U.S.C. § 101 *et seq.*

## II.    CLAIMS FOR RELIEF

**A.    Plaintiff's Claims**

The plaintiff will pursue at trial the following claims:[1]

Plaintiff claims that Defendants infringed its exclusive rights as copyright owners of 27,358 photographs by reproducing, distributing, and displaying those photographs on the Digs home improvement platform on Zillow's website, www.zillow.com (the "Digs Site").  VHT also maintains that Zillow created unauthorized derivative works of each of those photographs. VHT also asserts claims against Zillow for secondary liability with regard to user posting of images to the Digs Site by reason of Zillow's material contribution to that infringement and its inducement of users to infringe. Zillow is also liable for vicarious liability as it has the right and ability to control those user posts and has a direct financial benefit from use and/or display of the VHT Photographs on the Digs Site.

VHT holds copyright registrations for 27,358 images infringed directly or secondarily by Zillow on the Digs Site, creating a *prima facie* presumption of ownership and validity as to each of them.  Each of the photographs is an original work of authorship and copyrightable subject matter, owned by VHT pursuant to work-for-hire agreements and/or assigned by each photographer who created the photographs to VHT for all purposes.  The effective date of registration for each photograph at issue in this case is the date of filing of the applications, regardless of whether registration was granted by the Office or is granted by the Court.  VHT

---

[1] This statement of VHT's claims reflects the Court's Order entered December 23, 2016 [Dkt. 211].  However, to the extent the Court reconsiders any portion of that Order in response to either VHT's pending Motion for Reconsideration [Dkt. 212] or its Renewed Motion for Summary Judgment Regarding Pending Copyright Applications [Dkt. 215], VHT plans to pursue appropriate additional claims at trial, including as to the 4,759 images infringed on the Digs Site that are the subject of two pending copyright applications.  VHT reserves the right to later bring suit against Zillow for the photographs that are the subject of pending applications not granted by either the Copyright Office or the Court.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1   also asks the Court, as a matter of law, to grant protection for an additional 4,759 photographs

2   for which the Copyright Office has refused to grant registration.

3       VHT seeks actual damages and/or infringing profits to the extent non-duplicative or, at

4   its election at any time prior to final judgment, statutory damages for willful copyright

5   infringement by Zillow.  Actual damages will be determined by the amount that a reasonable

6   willing buyer and a willing seller in all the attendant circumstances would have negotiated as of

7   the time of the infringement for licenses to use the images on the Digs Site.  VHT is entitled to

8   a statutory damages award for each photograph effectively registered prior to Zillow's

9   infringement and that it can prove has independent economic value, to be determined by the

10  jury within the statutory ranges which vary with the level of Zillow's culpability.  VHT

11  maintains that Zillow's conduct was willful.

12  **B.**   **Defendants' Defenses**

13      The Defendants will pursue the following defenses:

14      1.   **License**

15      Zillow holds an implied or express license authorizing the uses of VHT photographs

16  that VHT challenges in this case. The photographs at issue in this case were created by VHT at

17  the request of its customers and clients. When VHT delivered the photographs to its customers

18  and clients, VHT intended that those customers and clients would distribute and copy the

19  photographs. VHT also understood and intended that those customers and clients would submit

20  the photographs to websites, including Zillow, which would themselves copy and display the

21  photographs.

22

23      Evidence supporting the existence and scope of Zillow's license includes: (1) custom

24  and practice in the real estate industry; (2) the course of dealing between relevant parties,

25  including VHT, VHT's clients, Zillow, and other websites; (3) the terms of VHT's written

26  license agreements with many of its clients, including provisions granting those clients rights to

27

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

use VHT's photographs in marketing efforts and rights to post the photographs to an unrestricted number of websites; (4) the terms of VHT's "Terms of Use," contained on its website, which Zillow contends does not constitute an enforceable agreement with any customer or client but which nevertheless demonstrate VHT's intent to license its customers and clients with rights to copy and distribute the images on any unrestricted number of marketing platforms, including websites; (5) the terms of the implied license between VHT and any customer or client with whom it does not have a written license agreement, which include, at the very least, the permission to use VHT photographs on an unrestricted number of websites for unrestricted purposes.

2.    **Fair Use**

Zillow will show that any copying of VHT images in connection with the operation of the Digs site was fair use. All such copying undertaken by Zillow is performed solely to facilitate operation of the website, primarily for the purpose of improving the display characteristics of the image in various contexts (e.g. display on different devices, or display in different sections of the Zillow website, including Digs). Because this copying is an inevitable and necessary part of operating the Zillow website, because it is overwhelmingly authorized, and because it had no effect on any market for those images, this copying constitutes protected fair use. Zillow asserts that fair use is a complete defense to VHT's allegations of infringement based on the copying of VHT images in order to make them available on Digs. Zillow will not contend that fair use is a defense to allegations of copyright infringement based on the display, as opposed to copying, of images.

~~3.    Unclean Hands Doctrine/Defective Registration~~

~~Zillow contends that VHT is barred from recovering because of unclean hands/defective registration with respect to its representations to the Copyright Office that resulted in the registrations.~~



Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

### III.   ADMITTED FACTS

#### The Parties

1.      VHT is a Delaware corporation with its principal place of business in Rosemont, Illinois.

2.      VHT's primary business involves the creation and curation of photographs of residential real properties listed for sale, and the licensing of those photographs to real estate brokers and agents.

3.      Zillow, Inc. ("Zillow") is a Washington corporation with its principal place of business in Seattle, Washington.

4.      Zillow Group, Inc. ("Zillow Group") is a Washington corporation with its principal place of business in Seattle, Washington.  Zillow Group was formed following the announcement of the planned merger of Zillow, Inc. and Trulia, Inc.

5.      Zillow is a wholly owned subsidiary of Zillow Group.

6.      Zillow was founded in 2005 and launched the Zillow.com website in 2006.

#### VHT's Photographs

7.      VHT has a network of professional real estate photographers (the "VHT Photographer Network").

8.      When a broker or agent requests that VHT obtain and license photos of a residential real estate property, VHT dispatches one of the photographers in the VHT Photographer Network (the "dispatched photographer") to shoot photographs of that property.

9.      The United States Copyright Office has issued copyright registrations to VHT for 27,358 of the photographs that are the subject of this action ("VHT Photographs").

#### Zillow's Systems

10.      Zillow owns and maintains a database containing data about more than 110 million U.S. homes which it refers to internally as a "living database of all homes."

11.      Since February 2013, Zillow's website has included a content area called Zillow "Digs," which is themed around the topic of home design and renovation.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## IV.   ISSUES OF LAW

The following are the issues of law to be determined by the Court:

**A.   Plaintiff's Issues of Law**

1.      Is VHT entitled to copyright protection for the 27,358 images in dispute in this action?

2.      Is VHT entitled to copyright protection for an additional 4,759 photographs in dispute, covered by two pending copyright applications for which the Copyright Office has refused registration?

3.      Is VHT entitled to an award of statutory damages for each copyright-protected photograph that (a) Zillow directly or secondarily infringed; (b) was registered effective before the first infringement on the Digs Site or within 30 days of first publication; and (c) has independent economic value?

4.      Does Zillow bear the burden of proving both the existence and terms of any license it claims to hold that authorized use of VHT's photographs on the Digs Site?

**B.   Defendants' Issues of Law**

1.      Does VHT possess valid registrations for the 27,358 images in dispute in this action?

2.      Does 17 U.S.C. § 504(c)(1) limit VHT to a single award of statutory damages for all infringements of any number of images that it registered under an express claim of compilation in a single database?

~~3.      Is VHT judicially estopped from denying that Zillow possesses an express or implied license to copy and display the VHT images on Zillow's website for at least some purposes?~~



## V.   EXPERT WITNESSES

Unless expert witnesses are precluded from testifying by the Court pursuant to the parties' *Daubert* motions, each party shall be limited to four (4) expert witnesses.

The names and addresses of the expert witnesses to be used by each party at the trial

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

and the issue on which each will testify are:

**A.     On behalf of plaintiff:**

1.      Robert Henson
        837 NE 95th Street
        Seattle, WA 98115

Mr. Henson will testify live.  The general nature of Mr. Henson's expected testimony
will include the fact of the independent economic value of each of the VHT photographs at
issue in this lawsuit ~~and the amount of that value on a per-image basis; the price that a willing~~
~~buyer and a willing seller in all the attendant circumstances would have paid for licenses to use~~
~~the VHT photographs at issue on each of the Listing Site, the Digs Site, and the Dueling Digs~~
~~game~~; and will also offer background testimony with regard to stock photography, the stock
photography industry, and the licensing of stock photographs.  Mr. Henson may be reached
through counsel.

2.      Dr. Ward Hanson
        2450 West Bayshore, #10
        Palo Alto, CA 94303

Depending on the Court's ruling on VHT's pending Motion for Reconsideration [Dkt.
212], Dr. Hanson will testify live.  The general nature of Dr. Hanson's expected testimony will
include the benefits to Zillow from use of the VHT photographs, including but not limited to an
empirical analysis he performed of a portion of that benefit based upon Zillow revenue derived
from zip codes of homes that VHT has photographed.  Dr. Hanson may be reached through
counsel.

3.      Victor Lund
        291 Falcon Crest Dr.
        Arroyo Grande, CA 93420

Mr. Lund will testify live.  The general nature of Mr. Lund's expected testimony will
include the relationships between and among brokers, agents, multiple listing services, the
National Association of Realtors, aggregators and other entities in the real estate industry; the
general structure of the real estate industry; the structure and operation of the online real estate
industry in general and Zillow's role in that industry in particular; the nature of listing

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  agreements held by brokers and agents; efforts of brokers and agents to market themselves and

2  respective properties they have listed; and the fact that Zillow's challenged uses of VHT's

3  photographs neither market specific properties nor brokers and agents.   Mr. Lund may be

4  reached through counsel.

5          4.     Jeffrey Sedlik

6                  2797 East Foothill Boulevard, Suite 120
                Pasadena, California 91107

7       Mr. Sedlik may testify live or by deposition, subject to VHT's pending motion, Dkt.

8  No. 131.   The general nature of Mr. Sedlik's expected testimony will include the fact of

9  independent economic value of each of the VHT photographs at issue and certain aspects of

10  stock photography.   Mr. Sedlik may be reached through Zillow's counsel.

11  **B.**   **On behalf of defendants:**

12          1.     Jeffrey Sedlik

13                  2797 East Foothill Boulevard, Suite 120
                Pasadena, California 91107

14       Mr. Sedlik will testify concerning the flaws and problems with the expert opinions of

15  VHT's expert Robert Henson, the quality of the VHT photographs, the type of licensing model

16  they would be able to command on the secondary licensing market, and on the VHT license

17  agreements.

18          2.     Patrick F. Gannon

19                  Kaufman Rossin
                2699 S. Bayshore Drive
                Miami, FL 33133

20

21       Mr. Gannon will testify concerning the flaws and problems with the expert opinions of

22  VHT's expert Robert Henson, the flaws and problems with the expert opinions of VHT's

23  expert Ward Hanson, and what VHT should recover if it prevails on its infringement claims.

24          3.     John H. Vogel, Jr.

25                  P.O. Box 1653
                Norwich, VT. 05065

26       Mr. Vogel will testify concerning how technology and the internet have changed the

27  role of a real estate agent, how real estate agents market themselves and obtain qualified leads,

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

what role Zillow plays in agents' marketing efforts and in the real estate industry generally, whether it is reasonable for a real estate agent or broker to market himself or herself by giving Zillow a license to use listing data and photographs even after a property has been sold, and what role photographs play in the home buying process.

Each party reserved the right to call any witnesses identified by the other party.

## VI.    OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are as follows:

**A.    On behalf of plaintiff:**

1.    **Brian Balduf**, Chief Executive Officer of VHT, will testify live.  The general nature of Mr. Balduf's expected testimony will include VHT's business operations; the history of the company; its licenses to brokers and agents; VHT's database of residential real estate photographs; the importance of photos in marketing real property; the identities and functions of various parties in the real estate industry, including brokers, listing agents, MLS's and consumer-facing real estate websites, and the inter-relationships among them; custom and practice in the real estate industry regarding the licensing and use of photographs; his discussions with Zillow regarding potential licensing of photographs; VHT's copyright applications and registrations; VHT's efforts to identify and match VHT-owned images with images used by Zillow on the Digs Site; VHT's notifications to Zillow regarding its infringement and Zillow's refusal to cease infringing; VHT's licensing efforts past and planned; the market value of VHT's unique copyright-protected images, both individually and as a database; VHT's efforts to enforce the terms of its licenses to its clients; the impact of Zillow's use of VHT's photographs on the Digs Site on VHT's actual and potential licensing of its photographs; and the damages VHT has suffered due to Zillow's copyright infringement. Mr. Balduf may be reached through counsel.

2.    **Michael Emerson**, Member of the Board of Directors of VHT, will testify live. The general nature of Mr. Emerson's expected testimony will include his decision to join VHT;

1  his evaluation of the VHT database of residential real estate properties; his evaluation of the

2  past and future potential to license photographs from the VHT residential real estate database

3  for collateral uses; VHT's licensing efforts past and planned; the market value of VHT's

4  copyright-protected images, both individually and as a database; the impact of Zillow's use of

5  VHT's photographs on the Digs Site on VHT's actual and potential licensing of its

6  photographs; his knowledge of communications between VHT and Zillow with regarding to

7  negotiation of potential licenses; and damage that VHT has suffered due to Zillow's copyright

8  infringement.  Mr. Emerson may be reached through counsel.

9      3.      **John Bosch**, Vice President of Product Management at VHT, will testify live.

10  The general nature of Mr. Bosch's expected testimony will include the services VHT provides

11  and the creation of its copyright-protected images; the VHT database of residential real estate

12  properties; VHT's network of professional real estate photographers; VHT's Studio and

13  processing of photographs received from those photographers; its transmittal of those

14  photographs to brokers and agents who license them from VHT; and the physical properties of

15  the photographs in the VHT residential real estate database.  Mr. Bosch may be reached

16  through counsel.

17      4.      **Kevin McGuire**, Vice President Sales at VHT, may testify live.  The general

18  nature of Mr. McGuire's expected testimony will include communications between VHT on the

19  one hand and prospective and actual clients of VHT on the other with regard to licenses to use

20  VHT photographs; VHT's relationships with its customers; VHT's licenses to brokers, agents

21  and other customers; and communications between VHT and Zillow with regard to negotiation

22  of licenses for Zillow to use VHT photographs on the Listing Site and on the Digs Site.  Mr.

23  McGuire may be reached through counsel.

24      5.      **Chris Baker**, Team Lead, Web and Development, Davis Wright Tremaine LLP,

25  will testify live.  The general nature of Mr. Baker's expected testimony will include his review

26  and compilation of all of the efforts undertaken by VHT, its outside consultants, and its

27

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

counsel, as well as Mr. Baker himself, to identify and match the VHT-owned images used by Zillow on the Digs Site. Mr. Baker may be reached through counsel.

6.   **Doug Angelaccio**, Manager of Client Services at VHT, may testify live. The general nature of Mr. Angelaccio's expected testimony will include VHT's efforts to identify and match VHT-owned images with images used by Zillow on the Digs Site and depending on the Court's ruling on VHT's pending Motion for Reconsideration [Dkt. 212], on the Listing Site. Mr. Angelaccio may be reached through counsel.

7.   **Flatworld Solutions, Inc.** may testify live by a corporate representative, depending on the Court's ruling on VHT's pending Motion for Reconsideration [Dkt. 212]. The general nature of Flatworld's expected testimony will include its efforts to identify and match VHT-owned images used by Zillow on the Listing Site. Flatworld may be reached through counsel.

8.   **MicrostockSolutions, LLC**, may testify live by a corporate representative depending on the Court's ruling on VHT's pending Motion for Reconsideration [Dkt. 212]. The general nature of Microstock's expected testimony will include its efforts to identify and match VHT-owned images used by Zillow on the Listing Site. Microstock may be reached through counsel.

9.   **Kristin Acker**, Senior Vice President at Zillow, will testify live and may also testify by deposition. The general nature of Ms. Acker's expected testimony will include the sources of photographs Zillow used on the Listing Site and on the Digs Site; the importance of photographs to Zillow for use on its website and in its database; Zillow's classification of listing feeds; the planning and launch of the Digs Site; Zillow's efforts to obtain photographs for use on the Digs Site; the use of photographs by Zillow on the Listing Site and on the Digs Site; Zillow's "trumping rules"; Zillow's failure to take down images from the Listing Site and the Digs Site in response to VHT's notification thereof; Zillow's efforts to monetize the Digs Site; Zillow's revenues and profits; various copyright infringement demands sent to Zillow and

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1    copyright infringement actions instituted against Zillow and Zillow's settlement thereof.  Ms.

2    Acker may be reached through Zillow's counsel.

3        10.    **Ben Schielke**, Group Manager at Zillow, may testify live and may also testify

4    by deposition.  The general nature of Mr. Schielke's expected testimony will include the design

5    and appearance of Zillow's Digs Site and related applications; the importance of photographs

6    to Zillow for use on its website and in its database; the origin and functionality of the "More

7    From This Home," "Save to Digs," "Like" and "Dig It" features of the Digs Site, the Digs App

8    and the Dueling Digs game; Zillow's efforts to obtain photographs for use on the Digs Site; the

9    means by which VHT's images are uploaded to and displayed on the Digs Site; Zillow's

10   internal procedures for reviewing images selected by users and determining which images to

11   add to the publicly-viewable section of the Digs Site; the review process used by Zillow and its

12   agents, representatives and employees for determining which photos will appear on the public

13   Digs board; Zillow's efforts to attract users to the Digs Site; and Zillow's actual and

14   prospective efforts to generate revenue from the Digs Site.  Mr. Schielke may be reached

15   through Zillow's counsel.

16       11.    **Jonas Boli**, Senior Group Manager at Zillow, may testify live and may also

17   testify by deposition. The general nature of Mr. Boli's expected testimony will include the

18   design and appearance of Zillow's Listing Site and Digs Site and related applications, including

19   Zillow's use of property statuses on HDPs on the Listing Site; the importance of photographs to

20   Zillow for use on its website and in its database; Zillow's classification of listing feeds;

21   Zillow's "trumping rules"; and Zillow's communications with real estate agents and brokers.

22   Mr. Boli may be reached through Zillow's counsel.

23       12.    **Jason Gurney**, Group Manager at Zillow, will testify live and may also testify

24   by deposition.  The general nature of Mr. Gurney's expected testimony will include Zillow's

25   current and legacy image management systems, including its creation of multiple scaled copies

26   of photos, including VHT photos, and its use or non-use of those copies on Zillow's websites;

27   Zillow's distribution and display of photographs, including VHT photographs, including to

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1    users of the Listing Site and the Digs Site; the design and appearance of Zillow's Digs Site and

2    related applications; the design and functioning of Zillow's trumping rules; Zillow's back-end

3    systems, including database tables, and its living database of all homes; and Zillow's deletion

4    and failure to delete photographs. Mr. Gurney may be reached through Zillow's counsel.

5        13.   **Greg Schwartz**, Chief Business Officer at Zillow, may testify live and may also

6    testify by deposition. The general nature of Mr. Schwartz's expected testimony will include

7    Zillow's revenues and profits; the importance of search engine optimization to Zillow; and his

8    discussions with VHT representatives regarding potential licensing of VHT images by Zillow.

9    Mr. Schwartz may be reached through Zillow's counsel.

10       14.   **Curt Beardsley**, Vice President Industry Relations at Zillow, may testify live

11   and may also testify by deposition. The general nature of Mr. Beardsley's expected testimony

12   will include Zillow's efforts to obtain evergreen rights to photos from listing sources; its

13   negotiations with multiple listing services and brokers; the termination of the contractual

14   arrangement between Zillow and a listing aggregator called ListHub and Zillow's consequent

15   actions; his conversations with John Vogel, one of Zillow's expert witnesses; the allegations of

16   theft of trade secrets against Zillow in the *Move* litigation and the settlement thereof. Mr.

17   Beardsley may be reached through Zillow's counsel.

18       15.   **Sara Bonert**, Vice President of Broker Services at Zillow, may testify live and

19   may also testify by deposition. The general nature of Ms. Bonert's expected testimony will

20   include the evolution and application of Zillow's trumping rules. Ms. Bonert may be reached

21   through Zillow's counsel.

22       16.   **Alex Kutner**, Senior Development Manager at Zillow, may testify live and may

23   also testify by deposition. The general nature of Mr. Kutner's expected testimony will include

24   the technical operations of Zillow's Digs Site; Zillow's use of images on the Digs Site;

25   Zillow's actions in response to VHT's takedown notices; Zillow's costs and expenses, or lack

26   thereof, in responding to VHT's takedown notices; and the lack of evidence in support of

27   Zillow's counterclaims. Mr. Kutner may be reached through Zillow's counsel.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

17.    **Lynette Lewis**, Digital Marketing Manager at @properties, will testify by deposition.  The general nature of Ms. Lewis's expected testimony will include the use of photographs on Zillow's website; @properties' use of photographs to market its properties, agents and itself; @properties' lack of use of the Digs Site to market itself, its agents or its properties; and @properties' lack of direction to its agents to use the Digs Site to market themselves or the properties they are representing.  Ms. Lewis may be reached through Aaron Stanton of Burke, Warren, MacKay & Serritella, P.C. at 312-840-7078.

**B.    On behalf of defendants:**

1.    Kristin Acker will testify live. Ms. Acker is Zillow's Vice President of Product Teams.  The general nature of her testimony will include Zillow's history and general operations; the accused Zillow webpages and websites; the development of Digs; and the agreements and arrangements through which Zillow obtains data, including photographs. VHT has indicated that it will call Ms. Acker in its case, but VHT has not agreed that Zillow may examine Ms. Acker in VHT's case outside the scope of her direct testimony in order to streamline the presentation to the jury and prevent Ms. Acker from having to appear to testify twice.

2.    Greg Schwartz will testify live. Mr. Schwartz is Zillow's Chief Business Officer. The general nature of his testimony will include Zillow's agreements and business dealings with real estate brokerages and other providers of data as well as business discussions between Zillow and VHT on several topics.  VHT has indicated that it will call Mr. Schwartz in its case, but VHT has not agreed that Zillow may examine Mr. Schwartz in VHT's case outside the scope of his direct testimony in order to streamline the presentation to the jury and prevent Mr. Schwartz from having to appear to testify twice.

3.    Jason Gurney will testify live. Mr. Gurney is a Zillow Group Manager working on the technology team. The general nature of his testimony will include technical aspects of the operation of Zillow's websites, including feed ingestion, image processing, platform evolution and migration, and user interactions. VHT has indicated that it will call Mr. Gurney

PRETRIAL ORDER (15-cv-1096-JLR) - 13
DWT 30988236v8 0104728-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

in its case, but VHT has not agreed that Zillow may examine Mr. Gurney in VHT's case outside the scope of his direct testimony in order to streamline the presentation to the jury and prevent Mr. Gurney from having to appear to testify twice.

4.      Alex Kutner will testify live. Mr. Kutner is a Zillow Development Manager for home improvement. The general nature of his testimony will include technical aspects of the operation of Zillow's websites, including Zillow's inability to identify VHT's images in listing feeds, the posting and moderation of images on Digs, and the quantity and kinds of images and content stored on Zillow's systems, as well work undertaken by Zillow to remove VHT images from those systems. VHT has indicated that it will call Mr. Kutner in its case, but VHT has not agreed that Zillow may examine Mr. Kutner in VHT's case outside the scope of his direct testimony in order to streamline the presentation to the jury and prevent Mr. Kutner from having to appear to testify twice.

5.      Ben Schielke will testify live. Mr. Schielke is a Zillow Principal Program Manager. The general nature of his testimony will include the history, development, and operations of Zillow Digs. VHT has indicated that it will call Mr. Schielke in its case, but VHT has not agreed that Zillow may examine Mr. Schielke in VHT's case outside the scope of his direct testimony in order to streamline the presentation to the jury and prevent Mr. Schielke from having to appear to testify twice.

6.      Jonas Boli will testify live. Mr. Boli is a Zillow Group Manager. The general nature of his testimony will include the history, development, and operation of Zillow's Home Detail Pages, Real Estate Agent Profile Pages, and related Zillow websites and properties, including the "Listing Site." VHT has indicated that it will call Mr. Boli in its case, but VHT has not agreed that Zillow may examine Mr. Boli in VHT's case outside the scope of his direct testimony in order to streamline the presentation to the jury and prevent Mr. Boli from having to appear to testify twice.

7.      Sarah Bonert will testify live. Ms. Bonert is Zillow's Vice President of Broker Services. The general nature of her testimony will include Zillow's agreements and

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  relationships with real estate brokers and other data providers and Zillow's systems for

2  determining what data to display concerning a particular property. VHT has indicated that it

3  will call Ms. Bonert in its case, but VHT has not agreed that Zillow may examine Ms. Bonert in

4  VHT's case outside the scope of her direct testimony in order to streamline the presentation to

5  the jury and prevent Ms. Bonert from having to appear to testify twice.

6      8.     Errol Samuelson will testify live. Mr. Samuelson is Zillow's Chief Industry

7  Development Officer. The general nature of his testimony will include Zillow's business

8  relationships with real estate brokers and other data providers and the terms of Zillow's

9  agreements with such data providers.

10      9.     Kathleen Philips will testify live. Ms. Philips is Zillow's Chief Financial Officer.

11  The general nature of her testimony will include negotiations and interactions between Zillow

12  and VHT.

13      10.     Brian Balduf will testify live and may also appear by video deposition. Mr.

14  Balduf is VHT's Chief Executive Officer. The general nature of his testimony will include

15  communications between VHT and Zillow; the terms of VHT's license agreements; VHT's

16  communications with its clients and customers, including communications concerning Zillow

17  and concerning the scope of VHT's licenses; VHT's efforts to license its images; and VHT's

18  copyright registrations and communications with the copyright office.

19      11.     Mike Emerson will testify live and may also appear by video deposition. Mr.

20  Emerson is a member of VHT's Board of Directors. The general nature of his testimony will

21  include communications between VHT and Zillow concerning the licensing of images and

22  Zillow's alleged infringement of VHT's copyrights; and VHT's efforts to license its images.

23      12.     Kimber VanRy will testify by deposition. Mr. VanRy was a consultant to VHT.

24  The general nature of his testimony will include his efforts to identify potential customers for

25  the VHT photographs and other efforts to obtain secondary license agreements for the VHT

26  photographs.

27

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

13.     Kevin McGuire may testify live. Mr. McGuire is VHT's Vice President of Sales. The general nature of his testimony will include VHT's agreements with its clients and communications between VHT and its clients or potential clients, including communications concerning Zillow and concerning the scope of VHT's licenses.

14.     John Bosch will testify live and may also appear by video deposition. Mr. Bosch is VHT's Vice President of Product Management. The general nature of his testimony will include characteristics of VHT's images, including metadata, watermarks, and other potentially identifying data.

15.     Lynette Lewis will testify by deposition. Ms. Lewis testified as the corporate representative of @Properties. The general nature of her testimony will include @Properties use of VHT images; @Properties use of images to market itself and to market its agents; the use of images by @Properties agents; @Properties relationship with Zillow and communications with its agents' concerning Zillow; and @Properties website.

Each party reserved the right to call any witnesses identified by the other party.

## VII.   EXHIBITS

A list of the exhibits that each party may offer at the time of trial is attached hereto, along with the opposing party's position as to the admissibility and authenticity of each exhibit, as Attachments A and B.  Both parties intend to present exhibits in electronic form to jurors. Pursuant to Local Rule 16(i)(5), each party reserves the right to use any exhibit which is listed the opposing party. In addition, both parties reserve the right to supplement their objections under the Federal Rules of Evidence at the time of trial based on how particular documents are used or introduced at trial.

## VIII.   STIPULATIONS

The parties, by their undersigned counsel of record, hereby stipulate and agree to the following restrictions on the introduction of evidence and argument at trial in this matter:

1.     All evidence and argument regarding third party funding of all or any part of this litigation, including but not limited to funding by litigation funders and insurance carriers, shall

PRETRIAL ORDER (15-cv-1096-JLR) - 16
DWT 30988236v8 0104728-000001

be excluded in its entirety. All evidence and argument concerning litigation or disputes with funders, including insurance carriers, is also excluded in its entirety.

2. With the exception of non-privileged communications between VHT and its lawyers relating to VHT's copyright applications and registrations, neither party may introduce any evidence regarding the fact or substance of any consultation with its attorneys on any issue in this lawsuit.

3. No counsel shall personally vouch for the contentions of his or her own client.

4. No counsel shall refer to assertions of privilege by the other party or to the supposed contents of any privileged communication.

In an attempt to streamline the issues at trial and to reduce the jury's confusion, the parties are working on a stipulation as to the number of images that exist in various categories that are relevant to this lawsuit.

## IX.   ACTION BY THE COURT

(a) This case is scheduled for trial before a jury on January 23, 2017.

(b) Trial briefs are scheduled to be submitted to the court on or before January 17, 2017.

(c) Jury instructions requested by either party shall be submitted to the court on or before 12 noon Pacific time on January 9, 2017. Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before January 17, 2017.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 23ᴿᴰ day of January, 2017.

_____
JAMES L. ROBART
United States District Judge

FORM APPROVED

DAVIS WRIGHT TREMAINE LLP

s/ James E. Howard
_____
Jonathan M. Lloyd, WSBA No. 37413
James L. Howard, WSBA No. 37259
Max B. Hensley, WSBA No. 47030
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Tel:  206.622.3150
Fax:  206.757.7700
E-mail:  jonathanlloyd@dwt.com
E-mail:  jameshoward@dwt.com
E-mail:  maxhhensley@dwt.com

Marcia B. Paul
  admitted pro hac vice
1633 Broadway, Suite 2700
New York, New York  10019
Tel:  212.489.8230
Fax:  212.489.8340
E-Mail:  marciapaul@dwt.com

*Attorneys for VHT, Inc.*

SUSMAN GODFREY LLP

s/ Genevieve Vose Wallace
_____
Edgar G. Sargent, WSBA No. 28283
Ian B. Crosby, WSBA No. 28461
Genevieve Vose Wallace, WSBA No. 38422
Jordan Connors, WSBA No. 41649
Jenna Farleigh, WSBA No. 47392
1201 Third Avenue, Suite 3800
Seattle, Washington  98101
Tel:  206.516.3880
Fax:  206.516.3883
E-mail:  esargent@susmangodfrey.com
E-mail:  icrosby@susmangodfrey.com
E-mail:  gwallace@susmangodfrey.com
E-mail:  jconnors@susmangodfrey.com
E-mail:  jfarleigh@susmangodfrey.com

*Attorneys for Zillow Group, Inc. and Zillow, Inc.*

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax