UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., et al,<br><br>Defendants. | No. C15-1096-JLR<br><br>PEREMPTORY CHALLENGES OF JURORS (CIVIL ACTION) |

Please indicate challenges in the space provided below by name and number.

Plaintiff:

1. Cynthia Knoll 12
2. ~~Linda Kieffer 11~~
2*. Bruce Karl Zimmerman 14
3. Sara E. Blagg 19

_/s/ Marcia B. Paul_
Signature of Counsel

1/23/17
Date Signed

Defendant:

1. Linda Kieffer 11
2. Jeffray Criggs 7
3. Jeffray Collins 9

_/s/_
Signature of Counsel

1/28/17
Date Signed

PEREMPTORY CHALLENGES OF JURORS - 1