UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., et al., <br><br> Defendants. | CASE NO. C15-1096JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has reviewed the proposed verdict forms that the parties submitted on January 9, 2017. (*See* Disp. JIs (Dkt. # 225) at 76-95.) The court seeks amended proposed verdict forms that account for the case developments that have occurred after January 9, 2017. (*See* Dkt.) The court therefore ORDERS the parties to submit amended proposed verdict forms no later than Monday, January 30, 2017, at 12:00 p.m. The parties must file their amended proposed verdict forms as a joint submission. In the

MINUTE ORDER - 1

1 | submission, each side may include a statement of up to two pages in support of its
2 | amended proposed verdict form.
3 |     Filed and entered this 26th day of January, 2017.

                          WILLIAM M. MCCOOL
                          Clerk of Court

                          s/ Ashleigh Drecktrah
                          Deputy Clerk

MINUTE ORDER - 2