Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., *et al.*,<br><br>          Defendants. | No. C15-1096JLR<br><br>JURY QUESTION AND<br>THE COURT'S RESPONSE |

Question from the Jury: at 9:45 a.m.
The jury inquired of the courtroom deputy whether the transcript from the trial was contained within the admitted trial exhibits.

_____
Foreperson

Date and Time: _____

JURY QUESTION AND THE COURT'S RESPONSE – 1

The Court's Response:

The court consulted with the parties. The court, with the agreement of the parties, supplied the requested "hard copies."

DATED this 9th day of February, 2017, at _____ a.m./p.m.

_____
HON. JAMES L. ROBART
United States District Judge