ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VHT, INC.,

                Plaintiff,

       v.

ZILLOW GROUP, INC., et al.,

                Defendants.

CASE NO. C15-1096JLR

VERDICT FORM

We, the jury, being duly impaneled and sworn, provide the following answers to the questions submitted by the court:

**QUESTION NO. 1:**  Do you find by a preponderance of the evidence that VHT has proven its direct copyright infringement claim as to one or more of the VHT Photos?

YES   ✓       NO _____

*If you answered "Yes" to Question No. 1, then you must answer Question No. 2.  If you answered "No" to Question No. 1, then you must skip Question No. 2 and answer Question No. 3.*

VERDICT FORM - 1

1    **QUESTION NO. 2:**  How many of the VHT Photos do you find that Zillow

2  directly infringed?

3    _____28,125_____

4  *You must answer Question No. 3.*

5    **QUESTION NO. 3:**  Do you find by a preponderance of the evidence that VHT

6  has proven its contributory copyright infringement claim as to one or more of the VHT

7  Photos?

8    YES __✓____    NO _____

9  *If you answered "Yes" to Question No. 3, then you must answer Question No. 4.  If you*

10  *answered "No" to Question No. 3, then you must skip Question No. 4 and answer*

11  *Question No. 5.*

12    **QUESTION NO. 4:**  How many of the VHT Photos do you find that Zillow

13  contributorily infringed?  (This number shall not include any images counted in Question

14  No. 2.)

15    _____0_____

16  *You must answer Question No. 5.*

17    **QUESTION NO. 5:**  Do you find by a preponderance of the evidence that VHT

18  has proven its vicarious copyright infringement claim as to one or more of the VHT

19  Photos?

20    YES __✓____    NO _____

21

22

VERDICT FORM - 2

1  *If you answered "Yes" to Question No. 5, then you must answer Question No. 6.  If you*

2  *answered "No" to Question No. 5, then you must skip Question No. 6 and answer*

3  *Question No. 7.*

4  **QUESTION NO. 6:**  How many of the VHT Photos do you find that Zillow

5  vicariously infringed?  (This number shall not include any images counted in Question

6  Nos. 2 and 4.)

7  _____

8  *If you answered "No" to Question Nos. 1, 3, and 5, you must skip the remainder of the*

9  *questions, sign the jury verdict form, and return it to the courtroom deputy.  If you*

10  *answered "Yes" to any of Question Nos. 1, 3, or 5, you must answer Question No. 7.*

11  **QUESTION NO. 7:**  Do you find by a preponderance of the evidence that Zillow

12  has proven its license affirmative defense as to one or more of the VHT Photos you

13  counted in Question Nos. 2, 4, and 6?

14  YES _____          NO ___✓___

15  *If you answered "Yes" to Question No. 7, then you must answer Question No. 8.  If you*

16  *answered "No" to Question No. 7, then you must skip Question No. 8 and answer*

17  *Question No. 9.*

18  **QUESTION NO. 8:**  How many of the VHT Photos that you counted in Question

19  Nos. 2, 4, and 6 do you find that Zillow was licensed to use?

20  _____

21  *You must answer Question No. 9.*

22

1      **QUESTION NO. 9:** Do you find by a preponderance of the evidence that Zillow

2 has proven its fair use affirmative defense as to one or more of the VHT Photos you

3 counted in Question Nos. 2, 4, or 6?

4      YES _____       NO \_\_✓\_\_

5 *If you answered "Yes" to Question No. 9, then you must answer Question No. 10. If you*

6 *answered "No" to Question No. 9, then you must skip Question No. 10 and answer*

7 *Question No. 11.*

8      **QUESTION NO. 10:** How many of the VHT Photos that you counted in

9 Question Nos. 2, 4, and 6 do you find were fair use? (This number shall not include any

10 images counted in Question No. 8, or any images that you find that Zillow displayed,

11 distributed, or used to prepare derivative works by means other than cropping and/or

12 scaling.)

13      _____0_____

14 *You must answer Question No. 11.*

15      **QUESTION NO. 11:** Consider only those VHT Photos that you found were

16 infringing (Question Nos. 2, 4, and 6) and not licensed or fair use (Question Nos. 8 and

17 10). What do you find is the amount of VHT's actual damages that resulted from the

18 infringement of those VHT Photos?

19      \_\_\_79,875\_\_\_\_    (2.84 × 28,125)

20 *If your response to Question No. 11 is $0.00, you must skip Question No. 12 and answer*

21 *Question No. 13. If your response to Question No. 11 is greater than $0.00, then you*

22 *must answer Question No. 12.*

VERDICT FORM - 4

1    **QUESTION NO. 12:**  Of the total actual damages that you indicated in response

2    to Question No. 11, what amount resulted from the infringement of VHT Photos that

3    were eligible for statutory damages, as identified in Exhibit 512?

4    *54,846.08*

5    *You must answer Question No. 13.*

6    **QUESTION NO. 13:**  Consider only those VHT Photos that you found were

7    infringing (Question Nos. 2, 4, and 6) and not licensed or fair use (Question Nos. 8 and

8    10).  How many of those photographs are among those that are eligible for statutory

9    damages, as identified in Exhibit 512?

10   *19,312*

11   *If your response to Question No. 13 is zero, you must skip the remainder of the questions,*

12   *sign the jury verdict form, and return it to the courtroom deputy.  If your response to*

13   *Question No. 13 is greater than zero, then you must answer Question No. 14.*

14   **QUESTION NO. 14:**  Consider only those VHT Photos that you identified in

15   response to Question No. 13.  How many of those photographs have independent

16   economic value?

17   *19,312*

18   *If your response to Question No. 14 is zero, you must skip the remainder of the questions,*

19   *sign the jury verdict form, and return it to the courtroom deputy.  If your response to*

20   *Question No. 14 is greater than zero, then you must answer Question No. 15.*

21   **QUESTION NO. 15:**  Consider only the images that you identified in Question

22   No. 14.  Please categorize those images based on whether Zillow infringed willfully,

VERDICT FORM - 5

1   innocently, or neither willfully nor innocently.  (Note that your numbers listed below

2   should add up to equal the number in your response to Question No. 14.)

3        Number of Images Infringed Willfully:            3,373   x 1500

4        Number of Images Infringed Innocently:          15,939   x 200

5        Number of Images Infringed Neither Willfully nor Innocently:        0

6   *You must answer Question No. 16.*

7        **QUESTION NO. 16:**  What is the total amount of statutory damages you award

8   to VHT?

9        ___8,247,300___

10

11        *Please sign and date this form, and notify the courtroom deputy that you have*

12   *reached a verdict.*

13        Dated this __9th__ day of February, 2017.

14

15        _Elizabeth A Mole____
            PRESIDING JUROR

16

17

18

19

20

21

22

VERDICT FORM - 6