Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br><br>Defendant(s). | Case No. 2:15-cv-01096-JLR<br><br>STIPULATED MOTION TO EXTEND THE DEADLINE TO REPLY TO POST-VERDICT MOTIONS AND [PROPOSED] ORDER<br><br>**Noted for Consideration:**<br>**April 14, 2017** |

The parties, by their undersigned counsel of record, hereby stipulate and jointly move the Court to extend the deadline to reply to the parties' responses to post-trial motions. Both parties currently intend to file post-verdict replies in this case, not to exceed fifteen (15) pages. The parties have met and conferred and agree to extend the current deadline, in observance of the Good Friday holiday, from April 14, 2017, as currently provided in the Court's Order granting the parties' Stipulated Motion Re Procedure for Post-Verdict Motions [Dkt. 298], to April 17, 2017.

Respectfully submitted this 10th day of April, 2017.

STIPULATED MOTION TO EXTEND REPLY DEADLINE RE POST-VERDICT MOTIONS AND [PROPOSED] ORDER - 1
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

4886372v1/014421

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | SUSMAN GODFREY LLP |
| s/ Jonathan M. Lloyd | s/ Edgar Sargent |
| Jonathan M. Lloyd, WSBA No. 37413 | Edgar G. Sargent, WSBA No. 28283 |
| James E. Howard, WSBA No. 37295 | Ian B. Crosby, WSBA No. 28461 |
| Max B. Hensley, WSBA No. 47030 | Genevieve Vose Wallace, WSBA No. 38422 |
| 1201 Third Avenue, Suite 2200 | Jordan Connors, WSBA No. 41649 |
| Seattle, Washington 98101-3045 | Jenna Farleigh, WSBA No. 47392 |
| Tel: 206.622.3150 | 1201 Third Avenue, Suite 3800 |
| Fax: 206.757.7700 | Seattle, Washington 98101 |
| E-mail: jonathanlloyd@dwt.com | Tel: 206.516.3880 |
| E-mail: jameshoward@dwt.com | Fax: 206.516.3883 |
| E-mail: maxhhensley@dwt.com | E-mail: esargent@susmangodfrey.com |
| | E-mail: icrosby@susmangodfrey.com |
| Marcia B. Paul | E-mail: gwallace@susmangodfrey.com |
| *admitted pro hac vice* | E-mail: jconnors@susmangodfrey.com |
| 1633 Broadway, Suite 2700 | E-mail: jfarleigh@susmangodfrey.com |
| New York, New York 10019 | |
| Tel: 212.489.8230 | |
| Fax: 212.489.8340 | *Attorneys for Zillow Group, Inc. and Zillow, Inc.* |
| E-Mail: marciapaul@dwt.com | |

*Attorneys for VHT, Inc.*

STIPULATED MOTION TO EXTEND REPLY DEADLINE RE
POST-VERDICT MOTIONS AND [PROPOSED] ORDER - 2
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

4886372v1/014421

1                                      **[PROPOSED] ORDER**  *JLR*

2         Having reviewed the parties' Stipulated Motion to Extend the Deadline to Reply to Post-Verdict Motions and [Proposed] Order, and for good cause shown, the Court grants the parties' stipulation. The parties may file reply post-trial briefs not to exceed fifteen (15) pages no later than April 17, 2017.

        It is so ORDERED.

Dated this 11th day of April, 2017.

                                           _____
                                           JAMES L. ROBART
                                           United States District Judge

STIPULATED MOTION TO EXTEND REPLY DEADLINE RE
POST-VERDICT MOTIONS AND [PROPOSED] ORDER - 3
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

4886372v1/014421

# CERTIFICATE OF SERVICE

I hereby certify that on 10th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 10th day of April, 2017.

*s/ Edgar Sargent*
~~Jenna Farleigh, WSBA No. 47392~~
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Tel: 206.516.3880
Fax: 206.516.3883
E-mail: jfarleigh@susmangodfrey.com

*Attorneys for Zillow Group, Inc. and Zillow, Inc.*

STIPULATED MOTION TO EXTEND REPLY DEADLINE RE POST-VERDICT MOTIONS AND [PROPOSED] ORDER - 4
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

4886372v1/014421