Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br><br>    Defendant(s). | Case No. 2:15-cv-01096-JLR<br><br>STIPULATED MOTION TO EXTEND DEFENDANT ZILLOW'S DEADLINE TO FILE SURREPLY TO VHT'S REPLY IN SUPPORT OF RULE 59(E) MOTION TO AMEND JUDGMENT TO ADD PERMANENT INJUNCTION AND [PROPOSED] ORDER<br><br>**Noted for Consideration:**<br>**April 20, 2017** |

The parties, by their undersigned counsel of record, hereby stipulate and jointly move the Court to extend the deadline for Defendants Zillow Group, Inc. and Zillow, Inc. ("Zillow") to file a surreply requesting that the Court strike portions of Plaintiff's Reply in Support of Rule 59(e) Motion to Amend Judgment to Add Permanent Injunction [Dkt. 308]. The parties have met and conferred and agree to extend the current deadline one week, from tomorrow, Friday April 21, 2017 to next Friday April 28, 2017. Good cause exists to extend the deadline because the parties are meeting and conferring about a mutually acceptable resolution to the issue that prompted Zillow's notice, but require additional time to finalize it in view of counsel's travel and other commitments this week.

STIPULATED MOTION TO EXTEND SURREPLY DEADLINE RE
VHT'S REPLY ISO RULE 59(E) MOTION AND
[PROPOSED] ORDER - 1
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Respectfully submitted this 20th day of April, 2017.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | SUSMAN GODFREY LLP |
| *s/ Jonathan M. Lloyd* | *s/ Ian b. Crosby* |
| Jonathan M. Lloyd, WSBA No. 37413 | Edgar G. Sargent, WSBA No. 28283 |
| James E. Howard, WSBA No. 37295 | Ian B. Crosby, WSBA No. 28461 |
| Max B. Hensley, WSBA No. 47030 | Genevieve Vose Wallace, WSBA No. 38422 |
| 1201 Third Avenue, Suite 2200 | Jordan Connors, WSBA No. 41649 |
| Seattle, Washington 98101-3045 | Jenna Farleigh, WSBA No. 47392 |
| Tel: 206.622.3150 | 1201 Third Avenue, Suite 3800 |
| Fax: 206.757.7700 | Seattle, Washington 98101 |
| E-mail: jonathanlloyd@dwt.com | Tel: 206.516.3880 |
| E-mail: jameshoward@dwt.com | Fax: 206.516.3883 |
| E-mail: maxhhensley@dwt.com | E-mail: esargent@susmangodfrey.com |
| | E-mail: icrosby@susmangodfrey.com |
| Marcia B. Paul | E-mail: gwallace@susmangodfrey.com |
| *admitted pro hac vice* | E-mail: jconnors@susmangodfrey.com |
| 1633 Broadway, Suite 2700 | E-mail: jfarleigh@susmangodfrey.com |
| New York, New York 10019 | |
| Tel: 212.489.8230 | |
| Fax: 212.489.8340 | *Attorneys for Zillow Group, Inc. and Zillow, Inc.* |
| E-Mail: marciapaul@dwt.com | |

*Attorneys for VHT, Inc.*

STIPULATED MOTION TO EXTEND SURREPLY DEADLINE RE
VHT'S REPLY ISO RULE 59(E) MOTION AND
[PROPOSED] ORDER - 2
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulated Motion to Extend the Deadline for Zillow to file a surreply requesting that the Court strike portions of Plaintiff's Reply in Support of Rule 59(e) Motion to Amend Judgment to Add Permanent Injunction and [Proposed] Order, and for good cause shown, the Court grants the parties' stipulation. Zillow may file a surreply by April 28, 2017.

It is so ORDERED.

Dated this 21st day of April, 2017.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO EXTEND SURREPLY DEADLINE RE
VHT'S REPLY ISO RULE 59(E) MOTION AND
[PROPOSED] ORDER - 3
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

## CERTIFICATE OF SERVICE

I hereby certify that on 20th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 20th day of April, 2017.

*s/ Ian B. Crosby*
Ian B. Crosby, WSBA No. 28461
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Tel: 206.516.3880
Fax: 206.516.3883
E-mail: icrosby@susmangodfrey.com

*Attorneys for Zillow Group, Inc. and Zillow, Inc.*

STIPULATED MOTION TO EXTEND SURREPLY DEADLINE RE
VHT'S REPLY ISO RULE 59(E) MOTION AND
[PROPOSED] ORDER - 4
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883