UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., et al., <br><br> Defendants. | CASE NO. C15-1096JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received the parties' statement regarding case status and subsequent proceedings. (Stmt. (Dkt. # 316).) In light of the representations therein, the court STRIKES the June 30, 2017, status conference and ORDERS the parties to instead submit a proposed judgment for the court's consideration no later than Friday, July 7, 2017. If the parties cannot agree on language for a proposed judgment, they may each

//

submit proposed judgments and brief statements in support of their respective submissions.

Filed and entered this 28th day of June, 2017.

WILLIAM M. MCCOOL<br>
Clerk of Court<br><br>
s/ Ashleigh Drecktrah<br>
Deputy Clerk

MINUTE ORDER - 2