Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br>    Plaintiffs,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br>    Defendant(s). | Case No. 2:15-cv-01096-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ENFORCEMENT OF JUDGMENT** |



1. The parties stipulate to entry of an order staying enforcement of the judgment in this matter until any appeals are exhausted.

2. The parties stipulate that the Zillow defendants need not post a supersedeas bond, subject to VHT's right to return to the court in the future and request that Zillow post such a bond if VHT believes that there has been a material change in Zillow's circumstances.

3. Zillow agrees to pay the amount awarded to VHT in any final judgment within thirty days of the exhaustion or waiver of any appeals or the entry of any final judgment from which no appeal may be taken. Zillow agrees not to oppose any motion for entry of partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) as to any claims, counts, or causes of action on

STIPULATION AND [PROPOSED] ORDER STAYING
ENFORCEMENT OF JUDGMENT   - 1
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

the grounds that other claims, counts, or causes of action in this litigation have not been finally determined or otherwise remain active.

Dated: August 29, 2017                    Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP          SUSMAN GODFREY LLP

s/ Max Hensley                                   s/ Edgar Sargent
Jonathan M. Lloyd, WSBA No. 37413        Edgar G. Sargent, WSBA No. 28283
James E. Howard, WSBA No. 37295         Ian B. Crosby, WSBA No. 28461
Max B. Hensley, WSBA No. 47030          Genevieve Vose Wallace, WSBA No. 38422
1201 Third Avenue, Suite 2200              Jenna Farleigh, WSBA No. 47392
Seattle, Washington 98101-3045             1201 Third Avenue, Suite 3800
Tel: 206.622.3150                             Seattle, Washington 98101
jonathanlloyd@dwt.com                        Tel: 206.516.3880
jameshoward@dwt.com                         esargent@susmangodfrey.com
maxhhensley@dwt.com                         icrosby@susmangodfrey.com
                                              gwallace@susmangodfrey.com
Marcia B. Paul                                jfarleigh@susmangodfrey.com
  *admitted pro hac vice*
1633 Broadway, Suite 2700
New York, New York 10019                  *Attorneys for Zillow Group, Inc. and Zillow, Inc.*
Tel: 212.489.8230
marciapaul@dwt.com

*Attorneys for VHT, Inc.*

### ~~PROPOSED~~ ORDER

Enforcement of the judgment in this matter is stayed pending resolution of appeals. The Zillow defendants are not required to post a supersedeas bond at this time.

Dated this 29th day of August, 2017.

JAMES L. ROBART
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Edgar G. Sargent*
Edger G. Sargent

STIPULATION AND [PROPOSED] ORDER STAYING
ENFORCEMENT OF JUDGMENT   - 3
Case No. 2:15-cv-01096-JLR

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883