UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 08 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br><br>          Plaintiff - Appellee,<br><br>  v.<br><br>ZILLOW GROUP, INC., a Washington corporation and ZILLOW, INC., a Washington corporation,<br><br>          Defendants - Appellants. | No. 17-35587<br><br>D.C. No. 2:15-cv-01096-JLR<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |
| VHT, INC., a Delaware corporation,<br><br>          Plaintiff - Appellant,<br><br>  v.<br><br>ZILLOW GROUP, INC., a Washington corporation and ZILLOW, INC., a Washington corporation,<br><br>          Defendants - Appellees. | No. 17-35588<br><br>D.C. No. 2:15-cv-01096-JLR<br>U.S. District Court for Western Washington, Seattle |

The judgment of this Court, entered March 15, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7