Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VHT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation; and ZILLOW, INC., a Washington corporation,<br><br>Defendants. | Case No. 2:15-cv-01096-JLR<br><br>STIPULATED MOTION FOR EXTENSION OF DEADLINE FOR JOINT STATEMENT AND ORDER<br><br>NOTE ON MOTION CALENDAR: May 20, 2020 |

The parties, by their undersigned counsel of record, hereby stipulate and jointly move the Court to extend the deadline to submit a joint statement and a proposed amended judgment as directed by the Court's Order on the Parties' Cross-Motions (Dkt. # 347).

On May 8, 2020, the Court entered its Order on the Parties' Cross-Motions (Dkt. # 347), which directed the parties to "confer and attempt to reach agreement on" a joint statement as to any remaining issues left for adjudication and on an amended judgment. The Court further directed that "[t]he parties shall file their statement and their proposed amended judgment no later than fourteen days from the date of this order," i.e., by May 22, 2020.

The parties have met and conferred and now request the Court to extend the current deadline one week, from, Friday, May 22, 2020, to next Friday, May 29, 2020. The parties believe good

cause exists to extend the deadline because, after having met and conferred as ordered, the parties have determined that they do not agree on the content of a joint statement or the form of a proposed amended judgment, and wish to have additional time to prepare, consider, and respond to each other's separate proposals before submitting them to the Court.  The parties further believe that affording them the requested additional time will result in more focused statements that will provide greater assistance to the Court than would be the case if the joint statement and proposed amended judgments were submitted on the current deadline.

Dated: May 20, 2020

Respectfully submitted,

By: /s/ *Ian B. Crosby*
Ian Bradford Crosby, WA Bar # 28461
icrosby@susmangodfrey.com
Jenna Farleigh, WA Bar # 47392
E-Mail: jfarleigh@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Attorneys for Zillow Group, Inc. and Zillow, Inc

By: */s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA # 11168
Eric M. Stahl, WSBA #27619
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Tel: 206.622.3150
Fax: 206.757.7700
E-mail: steverummage@dwt.com
E-mail: ericstahl@dwt.com

Attorneys for VHT, Inc

STIPULATED MOTION AND ORDER
FOR EXTENSION OF DEADLINE - 2
Case No. 2:15-cv-01096-JLR

**ORDER**

IT IS SO ORDERED.

DATED this __20th__ day of May, 2020.

_____
Hon. James L. Robart
United States District Judge